UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, <br>            Plaintiff, <br> v. <br> K. ALLISON, et al., <br>            Defendants. | Case No. 21-cv-07397-HSG <br><br> **ORDER OF DISMISSAL** |

On or about September 22, 2021, Petitioner filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed Petitioner that this action was deficient because he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. No. 4. The Court provided Petitioner with a blank *in forma pauperis* application and a postage-paid return envelope. Dkt. No. 4. Petitioner was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and Petitioner has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Petitioner may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge