UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>K. ALLISON, et al.,<br><br>    Defendants. | Case No. 21-cv-07397-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 3, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge